# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA JOHNSON : | |
| : | |
| Plaintiff : | CIVIL ACTION |
| : | |
| vs. : | |
| : | NO. 17-CV-4490 |
| BB & T CORPORATION, formerly : | |
| known as SUSQUEHANNA BANK/ : | |
| BB & T, INC. : | |
| : | |
| Defendant : | |

## ORDER

AND NOW, this 28th day of March, 2018, upon consideration of Plaintiff's Motion for Reconsideration (Doc. No. 26) and Defendant's Response in Opposition thereto, it is hereby ORDERED that the Motion is GRANTED and this Court's Order of February 14, 2018 is VACATED.

IT IS FURTHER ORDERED that Plaintiff's Counsel shall, within thirty (30) days of receipt of an invoice therefor, pay to Defendant the reasonable attorney's fees and any other attendant costs which it has incurred in responding to Plaintiff's Motion for Reconsideration.

BY THE COURT:


s/J. Curtis Joyner
J. CURTIS JOYNER,         J.