# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA JOHNSON : | |
| : | |
| Plaintiff : | CIVIL ACTION |
| : | |
| vs. : | |
| : | NO. 17-CV-4490 |
| BB & T CORPORATION, formerly : | |
| known as SUSQUEHANNA BANK/ : | |
| BB & T, INC. : | |
| : | |
| Defendant : | |

## ORDER

AND NOW, this 29th day of March, 2018, upon consideration of Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (Doc. No. 20) and Plaintiff's Response in Opposition thereto, it is hereby ORDERED that the Motion is GRANTED and Counts I, II and III alleging negligence are DISMISSED with PREJUDICE.

IT IS FURTHER ORDERED that Count IV of the First Amended Complaint alleging breach of contract is DISMISSED without prejudice and Plaintiff is given leave to file a Second Amended Complaint re-pleading this claim within fifteen (15) days of the entry date of this Order.

BY THE COURT:


s/J. Curtis Joyner
J. CURTIS JOYNER, J.