IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA JOHNSON : | |
| : | |
| Plaintiff : | CIVIL ACTION |
| : | |
| vs. : | |
| : | NO. 17-CV-4490 |
| BB&T CORPORATION, formerly : | |
| Known as SUSQUEHANNA BANK/ : | |
| BB&T, INC. : | |
| : | |
| Defendant/Third Party : | |
| Plaintiff : | |
| : | |
| vs. : | |
| : | |
| RICHARD A. JOHNSON, JR. and : | |
| VIRGINIA THOMAS : | |
| : | |
| Third Party Defendants: | |

**ORDER**

AND NOW, this    29th    day of October, 2019, upon consideration of the Parties' Joint Letter Request to Extend the Scheduling Order Deadlines, and it appearing to the Court that good cause exists but that there have been multiple prior requests for enlargement of discovery and other deadlines, it is hereby ORDERED that the Request is GRANTED and all of the deadlines previously established in this Court's Scheduling Orders are EXTENDED such that all discovery in this matter shall be completed by January 31, 2020.

IT IS FURTHER ORDERED as follows:

1. All trial exhibits shall be marked and exchanged on or before February 14, 2020.

2. Plaintiff shall identify and submit Curriculum Vitae for all expert witnesses on or before February 7, 2020. Reports and/or responses to expert witness discovery for all such expert witnesses shall be served by Plaintiff on Defendant on or before February 21, 2020.

3. Defendant shall identify and submit Curriculum Vitae for all expert witnesses on or before February 7, 2020. Reports and/or responses to expert witness discovery for all such expert witnesses shall be served by Defendant on Plaintiff on or before February 28, 2020.

4. ALL DAUBERT MOTIONS AND MOTIONS FOR SUMMARY JUDGMENT ARE DUE BY MARCH 9, 2020.  The parties are advised that courtesy copies of all motions are required to be sent to Chambers on the same date that they are filed or electronically filed with the Office of the Clerk of Court.

5. The parties shall prepare and file with the Clerk of Court their Joint Pretrial Memoranda, in accordance with this Order and Local Rule of Civil Procedure 16.1(c) and any and all motions in limine on or before March 23, 2020.

6. The case shall be placed in the Court's Trial Pool on <u>April 6, 2020</u>.

In all other respects, the terms and conditions set forth in this Court's original Scheduling Order of September 5, 2018 shall remain in full force and effect.

IT IS STILL FURTHER ORDERED that NO FURTHER REQUESTS FOR EXTENSIONS OF TIME SHALL BE ENTERTAINED BY THIS COURT.

BY THE COURT:

s/ J. Curtis Joyner
_____
J. CURTIS JOYNER,          J.