# JAMES J. KREIG
## 15 RANDOLPH DRIVE
## ROBBINSVILLE, NEW JERSEY 08691
(609) 259-5862 (Home)
(609) 203-3666 (Cell)
jimkreig@gmail.com

### WORK HISTORY

**August 2016 to December 2019 – KEARNY BANK**, Fairfield, New Jersey 07004

**Senior Vice President & General Counsel** – Provided legal advice and guidance to the management and staff of a $6.6 billion community bank with 54 offices in New Jersey and New York.  Advised on bank regulatory compliance matters, reviewed and negotiated contracts, created loan and deposit-related forms, resolved customer-related issues and assisted management in preparing policies, procedures and operational guidance.

**November 2011 to November 2015 – ALLY BANK**, Fort Washington, Pennsylvania 19034

**Deposit and eCommerce Counsel** – Provide legal and bank regulatory compliance support for the Internet deposit-taking activities of a $106 billion bank.  Provide advice to management for the account opening, check deposit and deposit processing, ACH, debit card, bill payment, ATM, vendor management and other deposit-related activities.  Provide related advice on applicable federal consumer protection laws and regulations including Federal Reserve Regulations DD (Truth in Savings), CC (Expedited Funds Availability), E (Electronic Funds Transfers) and D (Reserve Requirements).

**April 2010 to June 2011 - TD BANK, N.A.**, Cherry Hill, New Jersey   08034

**Vice President and Senior Counsel** – Provide legal advice and guidance to the Retail Operations Division and its 1,300 branch offices and back offices with respect to deposit products and branch operations.  Also provide legal support to the Cash Management, Government Banking, Levy and the Corporate Security and Investigations Departments.

**January 2006 to February 2010 – SPIRIT OF AMERICA NATIONAL BANK**, Bensalem, Pennsylvania 19020

**Bank Counsel and Director of Compliance** – Provided legal and regulatory compliance advice to the Board of Directors and management of a bank specializing in issuing credit cards to the retail and catalog industries.  Advised the business units on

7712765.1

legal issues, oversaw the activities of outside counsel, ensured compliance with consumer protection laws relative to credit cards, and served as the liaison with the bank regulatory authorities. Also served as the Secretary to the Board of Directors.

**November 2004 to December 2005 – JAMES J. KREIG, ATTORNEY AT LAW,** Robbinsville, New Jersey 08691

**Solo Legal Practice** – Created a legal practice specializing in providing "bank general counsel" services for small financial institutions in New Jersey.

**May 2001 to November 2004 - METLIFE BANK, N.A.**, Bridgewater, New Jersey 08807

**General Counsel and Corporate Secretary** – Hired by Metropolitan Life Insurance Company to create the legal and compliance structure for its direct bank affiliate – MetLife Bank, N.A.  Formulated and implemented an internet-based legal strategy to market MetLife Bank's products and services to the 44 million customers of the MetLife enterprise.  Primary duties included:

- Advised the MetLife organization on legal issues concerning the relationships of MetLife Bank with its insurance and broker-dealer affiliates under the anti-tying provisions of Section 106 of the federal Bank Holding Company Act and Federal Reserve Regulation W (Sections 23A and 23B)(Transactions between Banks and their Affiliates) in connection with inter-affiliate organizational structure, service contracts, product offerings, borrowings and loans.

- Planned and implemented a compliance program for all state and federal banking legislation and regulation including Bank Secrecy Act/Anti-Money Laundering, USA PATRIOT Act, OFAC requirements, Community Reinvestment Act, Fair Credit Reporting Act, Check Clearing for the 21st Century Act, Fair and Accurate Credit Transactions Act and Federal Reserve Regulations CC (Expedited Funds Availability), DD (Truth in Savings) and E (Electronic Fund Transfers).

- Provided corporate governance and organizational advice to the MetLife organization in connection with transactions with affiliates.  Maintained all corporate records including the articles of association and by-laws.  Prepared all Board meeting packages and keep the minutes of all board and board committee meetings.

**February 1977 to May 2001 - SUMMIT BANCORP,** Princeton, New Jersey 08543

**Senior Vice President and Group Counsel** (1990 to 2001)    Manager of the Litigation and Retail Banking Groups of the Legal Department of a $39 billion bank holding company.  Supervised a staff of 7 attorneys, 5 paralegals and other support personnel providing legal advice and guidance to management to obtain the maximum competitive advantages within the law. Principal areas of supervisory responsibility included:

- Supervising compliance with all deposit-related regulations including Bank Secrecy Act, OFAC regulations, Federal Reserve Regulations DD (Truth in Savings), Regulation CC (Expedited Funds Availability and the Collection of Checks) and Articles 3, 4, 4A and 5 of the Uniform Commercial Code.

- Oversight of the legal and operations aspects of the retail lending activities (consumer loan, residential mortgage, credit card and small business lending) in New Jersey, Pennsylvania and Connecticut, including the compliance and the preparation of standard loan documents and forms.

- Managing the defense of litigation against the organization including class action, corporate trust, securities, check processing and letter of credit cases. Worked with the New Jersey Bankers Association to pass legislation to assist in the resolution and prevention of litigation against banks.

- Human Resources matters, including the development of policies and procedures and the management of employment-related claims and litigation.

**Vice President & Assistant Counsel III** (1980 to 1990).  Supervised a staff of two attorneys providing the legal support to the bank operations officers. Principal duties included the preparation of deposit account agreements and branch operating procedures; the defense of litigation involving checks, check processing and other claims arising under Articles 3 and 4 of the Uniform Commercial Code, and the preparation of contracts for controlled disbursement, zero balance, lock box, wire transfer, ACH and other corporate cash management services.

**Regional Audit Manager and General Auditor Positions** (1977 to 1980).  Formulated and executed a general audit plan that was sufficiently detailed to provide the Board of Directors with reviews and appraisals of subsidiary bank operating procedures and internal accounting controls.  Met quarterly with the audit committee of the board of directors of each bank to discuss significant audit findings.

**1974 to 1977 - FIRST FIDELITY BANCORPORATION,** Newark, New Jersey 07102

**Senior Auditor** - Responsible for supervising a staff of 8 to 12 auditors conducting financial and operational audits of subsidiary bank branches and departments.

**1973 to 1974 - STATE OF NEW JERSEY, DEPARTMENT OF BANKING,** Trenton, New Jersey, 08625

**Savings and Loan Examiner** - Conducted field examinations of the books, accounts and records of state-chartered savings and loan associations.

## EDUCATION

J. D., 1979, Seton Hall University School of Law.  Member of the New Jersey Bar.

M.B.A., 1973, Rutgers Graduate School of Business Administration

B.A., 1972, Rutgers University.

## PUBLICATIONS

Author, "The Missing Signature as an Unauthorized Signature of the Customer – The Debate Continues," 104 *Banking Law Journal* 542 (1986)

Co-author, "Dishonored Payable Through Drafts – Deadline for Return," 103 *Banking Law Journal* 357 (1986)

## OTHER

**Director of a State-Chartered Community Bank (2016)** – Served as the sole independent member of the Board of Directors of a $1.1 billion community bank located in New Jersey.  Chairman of the Compliance Committee and member of the Audit and ALCO Committees of the Board.

**Director of a National Bank (2003 to 2004)** – Served as a member of the board of directors and member of the board-level Compliance Committee for a $500 million asset national bank located in New Jersey.  Assisted the management team in extricating the bank from a Formal Agreement with the Office of the Comptroller of the Currency.

**Bankers Compliance Advisors** – Started and operated a successful bank compliance consulting service specializing in assisting banks in addressing and overcoming cited regulatory shortcomings in the areas of compliance with the federal Bank Secrecy Act and consumer protection laws and regulations.

**Professor/Trainer** – Conducted training seminars for the New Jersey Bankers Association and the New Jersey League of Community Bankers on various legal and compliance topics.  Guest lecturer at Seton Hall University, School of Law, on Articles 3 and 4 of the Uniform Commercial Code.

**END OF DOCUMENT**