## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>BRANCH BANKING AND TRUST COMPANY, SUCCESSOR BY MERGER TO SUSQUEHANNA BANK,<br><br>Defendant/Third-Party Plaintiff,<br><br>v.<br><br>RICHARD A. JOHNSON, JR. and VIRGINIA THOMAS<br><br>Third-Party Defendants. | CIVIL ACTION NO.: 2:17-CV-04490-JCJ |

## **ORDER**

AND NOW, this ___ day of _____, 2020, upon consideration of Plaintiff's Motion to Compel and Defendant's Response thereto, IT IS HEREBY ORDERED that the Motion is DENIED, and Plaintiff is required to pay Defendant's reasonable expenses incurred in opposing the motion, including attorney's fees pursuant to FRCP 37(a)(5)(B).

7755288.1

BY THE COURT

_____
                                                                                         J.